IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00048-F-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC ACOSTA FLORES, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Sever [DE-68]. In his Motion to Sever, Defendant argues that this court should order an *in camera* review of the recorded and unrecorded statements from Martin Acosta, Manuel Acosta and other codefendants that will make up the Government's case against him. [DE-68] at 2-3. In the Government's Omnibus Response [DE-76], it failed to object to or even address Defendant's request. Accordingly, within fifteen (15) days, the Government is DIRECTED to submit for *in camera* review the recorded and unrecorded statements from Martin Acosta, Manuel Acosta and other codefendants that will make up the Government's case against Defendant.

SO ORDERED.

This, the 23rd day of September, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge